**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BROOKER, LAURA BROOKER, HENRY BROOKER, CHLOE BROOKER, AND EDWARD BROOKER,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT RESORTS HOSPITALITY CORPORATION., a South Carolina Corporation; LION E&L, INC., a California Corporation; and DOES 1-30;<br><br>Defendants. | Case No.: ED CV 18-662-DMG (AFMx)<br><br>**ORDER ON STIPULATION OF THE PARTIES TO REMAND ACTION TO STATE COURT [8]** |

-1-

Having considered the Joint Stipulation between plaintiffs THOMAS BROOKER, LAURA BROOKER, HENRY BROOKER, CHLOE BROOKER, and EDWARD BROOKER ("Plaintiffs") and defendant MARRIOTT RESORTS HOSPITALITY CORPORATION, a South Carolina Corporation (Defendant"), by and through their respective counsel, to remand this action to State Court and for good cause shown,

IT IS HEREBY ORDERED that this action is hereby remanded to the Riverside County Superior Court.

IT IS FURTHER ORDERED that any court hearings and pending deadlines are taken off calendar in this Court.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand.

IT IS SO ORDERED.

DATED: April 19, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE